## Commonwealth *v.* Lloyd, Appellant.

Submitted November 9, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*William Stanley Lloyd,* appellant, in propria persona.

*Jerry B. Chariton,* Assistant District Attorney, and *Blythe H. Evans, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 18, 1971:

The matter is remanded to the court below for the following purposes: (1) to ascertain whether the defendant has waived, intelligently and understandingly, the right to counsel on a direct appeal to this court; and, (2) if the court determines such right to counsel has not been so waived, then to appoint counsel to aid the defendant in the presentation of the direct appeal now pending to this court.

Mr. Justice COHEN took no part in the decision of this case.